CLOSED

```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| DON THOMAS, | **Hon. Noel L. Hillman** |
| Petitioner, | Civil No. 10-4616 (NLH) |
| v. | **ORDER** |
| ERIC HOLDER, et al., |  |
| Respondents. |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 31st day of March, 2011,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED for lack of jurisdiction; and it is further

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion upon Petitioner, and shall close the file.

/s/ Noel L. Hillman
**NOEL L. HILLMAN, U.S.D.J.**

At Camden, New Jersey